**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PATRICIA L. PINNEY,

               Plaintiff,                Case No. 19-cv-2259 (JMC)

    v.

JARED ISAACMAN, *Administrator, National Aeronautics & Space Administration*,

               Defendant.

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion for summary judgment, ECF 54, is **DENIED**, and Defendant's motion for summary judgment, ECF 55, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                _____
                                JIA M. COBB
                                United States District Judge

Date: March 5, 2026